## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-0943-JFW (AS) | Date | March 4, 2025 |
|---|---|---|---|
| Title | Manuel Orona v. United States of America | | |

Present: The Honorable   Alka Sagar, United States Magistrate Judge

| L. Krivitsky for Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS)** ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

On May 03, 2024, Manuel Orona ("Petitioner"), who is currently in United States Immigration and Custom Enforcement ("ICE") custody and is proceeding pro se, filed a Petition for Writ of Habeas Corpus Ad Prosequendum and Ad Testificandum ("Petition") naming the United States as Respondent. (Docket ("Dkt.") No. 1).

On July 22, 2024, the Court issued an Order to Show Cause Why the Magistrate Judge Should Not Recommend that this Action be Dismissed ("OSC"), which noted that the hearing Petitioner sought to attend had passed and the United States is not a proper Respondent in this action and required Petitioner to show cause by no later than August 12, 2024, why this action should not be dismissed as moot and for failure to name the proper Respondent. (Dkt. No. 6).

On August 9, 2024, Petitioner filed a Response to the OSC, listing the "Secretary of the U.S. Department of Homeland Security," the "Acting or Current Attorney General of the United States," the "Acting or Current Field Office Director of the Los Angeles ICE Field Office," and the "Acting or Current Director of ICE" as his "legal custodian[s]" and stating he "wishes to amend his [Petition] and name the correct Respondents and legal custodians stated above." (Dkt. No. 7). Petitioner also argued the Petition is not moot because he "has not received the relief his petition was and is requesting." (Id. at 4).

Given Petitioner's response to the OSC, on January 7, 2025, the Court issued an Order Requiring Petitioner to File a First Amended Petition ("Order"), which required Petitioner, by no later than January 28, 2025, to file a First Amended Petition identifying by name and title "the proper Respondent, i.e., 'the warden of the facility where [Petitioner] is being held, not the Attorney General or some other remote supervisory official.'" (Dkt. No. 8 (quoting Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004))). The Order also required Petitioner to "attach to any First Amended Petition he files any and all court orders filed in [People v. Orona, San Bernardino County Superior Court case no. FSB17001220] since May 3, 2024, as such orders may demonstrate whether Petitioner has – or has not – already received the relief he seeks in this action." (Id.).

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-0943-JFW (AS) | Date | March 4, 2025 |
|---|---|---|---|
| Title | Manuel Orona v. United States of America | | |

      To date, Petitioner has failed to file a First Amended Petition, seek an extension of time to do so, or otherwise communicate with the Court.  Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by no later than March 18, 2025, why this action should not be dismissed for failure to name the proper Respondent and for failure to prosecute.  This Order will be discharged upon the filing of a First Amended Petition that complies with the January 7, 2025 Order (Dkt. No. 8), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Petitioner is unable to file a First Amended Petition.

      If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).    A notice of dismissal form is attached for Petitioner's convenience.

      Petitioner is cautioned that the failure to timely file a response to this Order to Show Cause and/or to show good cause may result in a recommendation that this action be dismissed for failure to name the proper Respondent, for failure to comply with the Court's January 7, 2025 Order, and/or for failure to prosecute.

**IT IS SO ORDERED.**

| | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | | LK | |